HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ALBIREO ENERGY, LLC, a Michigan Limited Liability Company, and ALBIREO HOLDINGS, INC., a Delaware Corporation,

Plaintiff,

v.

IVAN ARON, an individual, RYAN COWPER, an individual, GREGORY SIEFFERMAN, an individual, and ATS AUTOMATION, INC., a Washington Corporation,

Defendant.

Case No. 2:25-cv-02285 BJR

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE

Before this Court is the parties' Stipulated Motion to Extend Briefing Schedule on Defendants' Motion for Partial Summary Judgment ("Motion"). The Court, having reviewed the motion and being fully advised in the premises, hereby ORDERS that:

1.      The Motion is GRANTED;

2.      Plaintiffs shall file their response brief no later than May 14, 2026; and

3.      Defendants shall file their reply brief no later than June 11, 2026.

ORDER GRANTING STIPULATED
MOTION TO EXTEND BRIEFING SCHEDULE - 1
CASE NO. 2:25-CV-02285 BJR

152732926.1 0056875-00000

75370904.1

**STOEL RIVES** LLP
ATTORNEYS
**600 University Street, Suite 3600, Seattle, WA  98101**
*Telephone 206.624.0900*

DATED this 29th day of April, 2026.

_____
Hon. Barbara J. Rothstein
United States District Court Judge

Presented by:

HONIGMAN, LLP

*s/ Mahja D. Zeon*
Mahja D. Zeon (*pro hac vice*)
mzeon@honigman.com
Sean F. Crotty (*pro hac vice*)
scrotty@honigman.com
2290 First National Building
600 Woodward Avenue
Detroit, MI  48226-3506

ADAM S. BELZBERG, WSBA #41022
adam.belzberg@stoel.com
EMILY L. SEIBOLD, WSBA #62988
emily.seibold@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
*Attorneys for Plaintiffs*

SEYFARTH SHAW LLP

*s/ Nick Gillard-Byers*
Nick Gillard-Byers, WSBA #45707
ngillard-byers@seyfarth.com
Wendy Feng, WSBA #53590
wfeng@seyfarth.com
Andrew Escobar, WSBA #42793
aescobar@seyfarth.com
999 Third Avenue, Suite 4700
Seattle, WA  98104-4041
Telephone: 206-946-4997
*Counsel for Defendants*

ORDER GRANTING STIPULATED
MOTION TO EXTEND BRIEFING SCHEDULE - 2
CASE NO. 2:25-CV-02285 BJR

152732926.1 0056875-00000

75370904.1

**STOEL RIVES LLP**
**ATTORNEYS**
**600 University Street, Suite 3600, Seattle, WA  98101**
*Telephone 206.624.0900*