HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBIREO ENERGY, LLC, a Michigan Limited Liability Company, and ALBIREO HOLDINGS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVAN ARON, an individual, RYAN COWPER, an individual, GREGORY SIEFFERMAN, an individual, and ATS AUTOMATION, INC., a Washington Corporation,<br><br>Defendant. | Case No. 2:25-cv-02285 BJR<br><br>ORDER GRANTING STIPULATED MOTION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION |

Before this Court is the parties' Stipulated Motion Regarding Discovery of Electronically Stored Information ("ESI"). The Court has reviewed the motion, and being fully advised on the premises; it is

ORDERED that:

1.      The motion is GRANTED;

2.      Within 7 days of this Order, the parties shall disclose the following: custodians most likely to have discoverable ESI, a list of non-custodial data sources most likely to have discoverable ESI, a list of third-party sources most likely to have

ORDER GRANTING STIPULATED MOTION REGARDING DISCOVERY OF
ELECTRONICALLY STORED INFORMATION - 1
CASE NO. 2:25-CV-02285 BJR

75305706.1

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

discoverable ESI, and a list of data sources most likely to have discoverable ESI, but is not reasonably accessible under Fed. R. Civ. P. 26(b)(2)(B); and

3.    ESI will be produced to the requesting party with searchable text, in a format to be decided between the parties.


DATED this 29th day of April 2026.


*Barbara J. Rothstein*

Hon. Barbara J. Rothstein
United States District Court Judge

Presented by:

HONIGMAN, LLP

| | |
|---|---|
| *s/ Mahja D. Zeon* | SEYFARTH SHAW LLP |
| Mahja D. Zeon (*pro hac vice*) | |
| mzeon@honigman.com | *s/ WENDY FENG (WITH PERMISSION)* |
| Sean F. Crotty (*pro hac vice*) | Wendy Feng, WSBA #53590 |
| scrotty@honigman.com | wfeng@seyfarth.com |
| HONIGMAN, LLP | Nick Gillard-Byers, WSBA #45707 |
| 2290 First National Building | ngillard-byers@seyfarth.com |
| 600 Woodward Avenue | Andrew Escobar, WSBA #42793 |
| Detroit, MI  48226-3506 | aescobar@seyfarth.com |
| | 999 Third Avenue, Suite 4700 |
| ADAM S. BELZBERG, WSBA #41022 | Seattle, WA  98104-4041 |
| adam.belzberg@stoel.com | Telephone: 206-946-4997 |
| EMILY L. SEIBOLD, WSBA #62988 | |
| emily.seibold@stoel.com | *Counsel for Defendants* |
| Stoel Rives LLP | |
| 600 University Street, Suite 3600 | |
| Seattle, WA  98101 | |
| Telephone:  206.624.0900 | |

*Attorney for Plaintiffs*


ORDER GRANTING STIPULATED MOTION REGARDING DISCOVERY OF
ELECTRONICALLY STORED INFORMATION - 2
CASE NO. 2:25-CV-02285 BJR

152732926.1 0056875-00000

75305706.1

**STOEL RIVES LLP**
**ATTORNEYS**
**600 University Street, Suite 3600, Seattle, WA  98101**
*Telephone 206.624.0900*