HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ALBIREO ENERGY, LLC, a Michigan Limited Liability Company, and ALBIREO HOLDINGS, INC., a Delaware Corporation,

Plaintiff,

v.

IVAN ARON, an individual, RYAN COWPER, an individual, GREGORY SIEFFERMAN, an individual, and ATS AUTOMATION, INC., a Washington Corporation,

Defendant.

Case No. 2:25-cv-02285 BJR

NOTICE OF CHANGE OF FIRM ADDRESS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that as of June 1, 2026, Stoel Rives LLP, counsel for Plaintiffs Albireo Energy, LLC and Albireo Holdings, Inc., has relocated their offices to the following location:

**STOEL RIVES LLP**
**600 University Street, Suite 3400**
**Seattle, WA  98101**
**Telephone and Fax numbers remain the same**

NOTICE OF CHANGE OF FIRM ADDRESS - 1
CASE NO. 2:25-CV-02285 BJR

153190884.1 0056875-00000

DATED:  June 8, 2026

STOEL RIVES LLP


*s/ Adam S. Belzberg*
ADAM S. BELZBERG, WSBA #41022
adam.belzberg@stoel.com
EMILY L. SEIBOLD, WSBA #62988
emily.seibold@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

Sean F. Crotty (*pro hac vice*)
scrotty@honigman.com
Mahja D. Zeon (*pro hac vice*)
mzeon@honigman.com
HONIGMAN, LLP
2290 First National Building
600 Woodward Avenue
Detroit, MI  48226-3506

*Attorney for Plaintiffs Albireo Energy, LLC
and Albireo Holdings, Inc.*

NOTICE OF CHANGE OF FIRM ADDRESS - 2
CASE NO. 2:25-CV-02285 BJR

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA  98101
Telephone 206.624.0900

153190884.1 0056875-00000