The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ALBIREO ENERGY, LLC, a Michigan Limited Liability Company, and ALBIREO HOLDINGS, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IVAN ARON, an individual, RYAN COWPER, an individual, GREGORY SIEFFERMAN, an individual, and ATS AUTOMATION, INC., a Washington Corporation,<br><br>Defendants. | Case No. 2:25-cv-02285-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**ORDER**

Upon the filing and reading of the stipulation signed by counsel for all Parties, and the Court being fully advised in the premises,

IT IS ORDERED that all claims asserted by Plaintiffs Albireo Energy, LLC and Albireo Holdings, Inc., and all counterclaims asserted by Defendants Ivan Aron, Ryan Cowper, Gregory Siefferman, and ATS Automation, Inc., in this action are DISMISSED WITH PREJUDICE and without costs to any party.

IT IS FURTHER ORDERED that all remaining case deadlines are VACATED, and the Clerk is directed to close this case.



HONIGMAN LLP
660 Woodward Ave., #2290
Detroit, MI 48226
(313) 465-7344

**IT IS SO ORDERED.**

DATED this 5th day of November 2026.

The Honorable Barbara J. Rothstein
United States District Judge



HONIGMAN LLP
660 Woodward Ave., #2290
Detroit, MI 48226
(313) 465-7344